■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JODIE HAYES, Also Known as JODY HAYES, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on January 26, 1988, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Carro, Kassal and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS WILLIAMS, Appellant.—Judgment, Supreme Court, New York County (Walter Gorman, J.), rendered on October 23, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Carro, Asch, Kassal and Smith, JJ.